UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21850-CIV-GOLD/McALILEY (LEAD CASE)

CELIA BEATRIZ ESPINO CASTILLO, *et al.*

    Plaintiffs,
v.

TELEDYNE CONTINENTAL MOTORS, INC.,

    Defendant.
_____/

**OMNIBUS ORDER ADOPTING REPORT AND RECOMMENDATION;
GRANTING IN PART DEFENDANT'S BILL OF COSTS [ECF NO. 280]**

THIS CAUSE is before the Court upon Magistrate Judge Chris A. McAliley's Report and Recommendation ("Report"). **[ECF No. 280]**. In the Report, Judge McAliley recommends granting in part Defendant Teledyne Continental Motors, Inc.'s ("Defendant") Bill of Costs **[ECF No. 271-1]**. Plaintiff filed Objections to the Bill of Costs **[ECF No. 272]**, and Defendant filed a Reply to Plaintiff's Objections, including an Adjusted Bill of Costs **[ECF No. 277]**. Neither party has filed objections to the Report, and the time for doing so has expired. Since no objections have been filed, and the reasoning for Judge McAliley's recommendation is fully set forth in the Report, I briefly set out the factual circumstances and a summary of the allowable and non-allowable costs outlined in the Report.

I.    **Factual and procedural background**

On June 27, 2008, Plaintiff, the personal representative for the estate of her deceased husband, brought a tort action against Defendants for negligence in connection with an airplane crash on June 30, 2006, in Guatemala, in which her husband died. **[ECF No. 1]**. I dismissed Defendants Teledyne Technologies Company

1

**[ECF No. 27]** and Cessna Aircraft Company **[ECF No. 130]** per the parties' agreements. On August 30, 2010, the case proceeded to a jury trial on the issue of negligence under Guatemalan law against only Defendant Teledyne Continental Motors, Inc. See **[ECF No. 244]**. On September 7, 2010, the jury issued a verdict in favor of Defendant. **[ECF No. 267]**. Following entry of judgment in its favor **[ECF No. 269]**, on October 7, 2010, Defendant filed a timely Bill of Costs on Form AO 133, ultimately seeking to recover $145,944.17 in costs pursuant to Federal Rule of Civil Procedure 54(d). **[ECF Nos. 271, 277]**. Pursuant to the cited authority, Federal Rule of Civil Procedure 54(d), and 28 U.S.C. § 1920, the Report makes the following recommendations with respect to costs sought by Defendant, the prevailing party following a jury trial.

## II.   Allowable costs

The Report recommends <u>denying</u> Defendant's requests for costs for the following disputed items:

| | | |
|---|---|---|
| (1) | $455.00 | Eleventh Circuit filing fee for interlocutory appeal of summary judgment order |
| (2) | $425.27 | Shipping, handling, and parking costs from stenographer and transcript fees |
| (3) | $3,060.00 | Cost of videotaping two depositions (excluding stenographic transcription costs) |
| (4) | $926.64 | Expedited transcripts |
| (5) | $772.00 | Common carrier expenses (Pedro Mendoza Montano) |
| (6) | $4,152.98 | Common carrier expenses (John Barton) |
| (7) | $12,600.00 | Witness fees for Professor Michael Gordon |
| (8) | $15,647.33 | Witness fees for J.W. Morris |

2

III. **Non-allowable costs**

The Report recommends <u>granting or granting in part</u> Defendant's requests for costs for the following disputed items:

(1) $401.28   Expedited transcript of August 26, 2010 evidentiary hearing

(2) $40.00    Keith Rosenn (one day of deposition)

(3) $428.00   Pedro Mendoza Montano (one day of deposition, two overnight stays)

(4) $806.00   John Barton (one day of deposition, one day of trial, four total overnight stays)

(5) $910.87   Copying and exemplification costs

(6) $6,427.50 Interpretation costs

(7) $10,884.93 Translation costs

IV. **Conclusion**

Upon an independent review of the Report, the record, including both Bills of Costs, Plaintiffs' Opposition, Defendant's Reply, and applicable case law, as well as noting that no objections have been filed to the Report, it is hereby:

ORDERED AND ADJUDGED:

1. The Report **[ECF No. 280]** is AFFIRMED AND ADOPTED.

2. For the reasons discussed in the well-reasoned Report, Defendant's Bill of Costs **[ECF No. 271-1]** is GRANTED IN PART.

3. Plaintiffs shall pay Defendant Teledyne Continental Motors, Inc. the amount of $35,430.69 as costs in accordance with Rule 54(d)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, for which sum let execution issue.

DONE and ORDERED in Chambers in Miami, Florida, this ___5___ day of April, 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Chris M. McAliley
      All counsel of record